USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 19   filed 05/15/24   page 1 of 4
USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 18   filed 04/24/24   page 1 of 4
Pro Se 14 (INND Rev. 2/20)                                                                                page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

__Christopher M. Johnson__,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

__Monica Wala, Psy.D., in here Individual and Official Capacity__
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number  3:23-cv-1017
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## (Amended)
## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Monica Wala, Psy.D. OF Centurion Health of Indiana LLC | 5501 S. 1100 W. Westville, IN 46391 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? __W.C.U. / 5501 S. 1100 W. Westville, IN 46391__

3. Did the event you are suing about happen there? ☒ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? __Within 2023__

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 19   filed 05/15/24   page 2 of 4
USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 18   filed 04/24/24   page 2 of 4
Pro Se 14 (INND Rev. 2/20)
page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Here at the Westville Correctional Facility within the year of 2024 the Centurion Health Mental Health Provider "Monica Wala, Psy.D." Has been "Deliberately Indifference to my Well Known Serious Medical Needs". Doctor Wala Know I Suffer From: (P.T.S.D.) (Major Depressive Disorder) And Generalized Anxiety Disorder) this Information is listed within my Chart and I've Provided Documentation to the Mental Heath Department With all of they's listed fact's I've also submitted almost 30 Mental Health Request listing My Mental Health Disorder's along with my Prescribed Medication's For My Mental Health Disorders along with the Reason's per other Mental Health Specialist Adequate treatment is (Welbutrin 150 mgs 3X aday) (Seroquel 400 mgs 2X aday) (Buspar 30 mgs 2X aday) And I've filed Several Grievance Form's Stating these same fact's. And In Response I've been told I will not be Reseving any of these Medications listed or any other Mental Health Med's

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

USDC IN/ND case 3:23-cv-01017-HAB-SLC    document 19    filed 05/15/24    page 3 of 4
USDC IN/ND case 3:23-cv-01017-HAB-SLC    document 18    filed 04/24/24    page 3 of 4
Pro Se 14 (INND Rev. 2/20)
page 3

Claims and Facts (continued)



I stated on a Greivance I have Mental Heath Disorder's she can not refuse my Med's and she then state she took my Mental Health Cold away so she don't have to provide me with no medication but yet she keep's Depriving me of all Mental Health treatment while refusing to talk to me In Person to even see. If I still need treatment" Under what Ground's or Right's can she have or use to Deprive me of Mental Health treatment and Medication" Without Seeing me. Not only is she refusing the Medication's I should be getting she's has not provided me with Nothing at all Nor has she even tryed. I've lost over a 100 LBs I'm unable to rest and I've When without taking food tray's Many attemps of Suicide and I've filed over 50 Protective Custody Form because I feel like all the Staff as well as the Inmate's are trying to kill me, And I have Nightmairs When I'm awoke and when I'm sleep. I am very unstable without My Mental Health Med's. I've state everything I'm going through as stated herein and Dr.Wala still refuse to Provide me With my Meds or any other Med's or any type of Mental Health treatment to even try an help with my Condition. I am able to Provide Grievance Form's as well as Medical Request as to Ware Dr. Wala is Refusing me of Medication's, Visist's, and all othere treatment I can Provide this information now or at Summery Judgment Everything I have listed ar Fact's

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 19   filed 05/15/24   page 4 of 4
USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 18   filed 04/24/24   page 4 of 4
page 4

Pro Se 14 (INND Rev. 2/20)

5. When did this event happen?
- ○ Before I was confined.
- ○ While I was confined awaiting trial.
- ◉ After I was convicted while confined serving the sentence.
- ○ Other: _____

6. Have you ever sued anyone for this exact same event?
- ◉ No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ○ No, this event is not grievable at this prison or jail.
- ◉ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

Award me in fund's in the Amount of $ 9,999,000.00

[Initial Each Statement]

CMJ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
CMJ I will keep a copy of this complaint for my records.
CMJ I will promptly notify the court of any change of address.
CMJ I WILL NOT send more than one copy of any filing to the court.
CMJ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
CMJ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 5/10/2025 at 10:00 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

Christopher M. Johnson                                    X 270993
Signature                                                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]