UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER M. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 3:23-cv-01017-HAB-SLC |
| MONICA WALA, PSYD., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Comes now Defendant, Monica Wala, PsyD., by counsel, and for her Answer to Plaintiff's Amended Complaint, states the following:

Defendant's Name and Job Title

1. Defendant acknowledges that Plaintiff has accurat

2. ely stated her name, job title, and location.

3. With regard to the remaining 4 subparagraphs in this section, Defendant lacks sufficient information to admit or deny the allegations in those subparagraphs.

Claims and Facts

1. Defendant denies the allegation sin this paragraph.

2. Defendant denies the allegations in the remaining unnumbered paragraph of this section.

5. Defendant denies the allegations in this paragraph.

6. Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

7. Defendant denies the allegations in this section.

8. Defendant denies that Plaintiff is entitled to a monetary award.

1

WHEREFORE, Defendant prays for judgment in her favor, that Plaintiff takes nothing by way of his Amended Complaint, and for all other just and proper relief.

## ADDITIONAL DEFENSES

Defendant, for her Additional Defenses, states the following:

1. Plaintiff failed to exhaust the grievance process before filing suit.

2. Defendant is entitled to qualified immunity.

3. The medical and mental health care rendered to Plaintiff was reasonable and within the standard of care.

4. Plaintiff did not suffer any actual harm as a result of the alleged Constitutional violation.

5. Defendant was not personally involved in the alleged Constitutional violation.

WHEREFORE, Defendant prays for judgment in her favor, that Plaintiff takes nothing by way of his Amended Complaint, and for all other just and proper relief.

## JURY DEMAND

Defendant requests that this matter be tried before a jury.

Respectfully submitted,

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49
*One of the Attorneys for Defendant,*
*Monica Wala, PsyD.*

Carol A. Dillon, #25549-49
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
carol@bleekedilloncrandall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system, and was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Christopher M. Johnson, #07894-033
M.C.C. - CHICAGO
Inmate Mail/Parcels
71 W. Van Buren Street
Chicago, Illinois 60605
*Plaintiff, Pro Se*

                                                     /s/ Carol A. Dillon
                                                     Carol A. Dillon, #25549-49