UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER M. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.: 3:23-cv-01017-HAB-SLC |
| | ) |
| MONICA WALA, PSYD., | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S NOTICE OF WITHDRAWAL OF EXHAUSTION DEFENSE</u>**

Comes now Defendant, Monica Wala, PsyD., by counsel, and hereby gives notice to the Court that she withdraws her defense of failure to exhaust of administrative remedies under the Prison Litigation Reform Act.

Respectfully submitted,

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49
*One of the Attorneys for Defendant,*
*Monica Wala, PsyD.*

Carol A. Dillon, #25549-49
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
carol@bleekedilloncrandall.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2024, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system, and was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Christopher M. Johnson, #07894-033
F.C.I. Hazelton
Inmate Mail/Parcels
P.O. Box 5000
Bruceton Mills, WV 26525
*Pro Se Plaintiff*

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49