UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER M. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 3:23-cv-01017-HAB-SLC |
| MONICA WALA, PSYD., | ) |
| Defendant. | ) |

**DEFENDANT'S BRIEF STATUS REPORT**

Comes now Defendant, Monica Wala, PsyD., by counsel, and for her Brief Status Report, states the following:

1. All motions to join additional parties or amend the pleadings should be filed by October 1, 2024.

2. Defendant plans on conducting limited written discovery in the form of written Interrogatories to Plaintiff and Non-Party Request for Records from the several institutions Plaintiff has been housed at subsequent to his release from the Indiana Department of Correction. Defendant also plans on deposing Plaintiff.

3. Discovery should be completed by March 1, 2025.

4. Dispositive motions should be filed by May 1, 2025.

Respectfully submitted,

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49
*One of the Attorneys for Defendant,
Monica Wala, PsyD.*

1

Carol A. Dillon, #25549-49
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
Telephone: (317) 567-2222
Facsimile:  (317) 567-2220
carol@bleekedilloncrandall.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, a true and complete copy of the foregoing document was served electronically upon all counsel of record via email generated by the Court's ECF system, and was mailed by first class U.S. Mail, postage prepaid and properly addressed to the following non-CM/ECF participant:

Christopher M. Johnson, #07894-033
F.C.I. Hazelton
Inmate Mail/Parcels
P.O. Box 5000
Bruceton Mills, WV 26525
*Pro Se Plaintiff*

/s/ Carol A. Dillon
Carol A. Dillon, #25549-49

2