UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **CHRISTOPHER M. JOHNSON,** *also known as* **Chris Johnson,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MONICA WALA,** *PSY D, in her individual and official capacity, of Centurion Health of Indiana, LLC,*<br><br>**Defendant.** | **CAUSE NO. 3:23-cv-01017-HAB-SLC** |

## SCHEDULING ORDER

The exhaustion affirmative defense was waived (ECF 39). After reviewing the status report (ECF 40)[1], the Court DIRECTS the clerk to issue Magistrate Judge Consent Forms and ENTERS the following scheduling Order:

(1) the deadline for joining parties and amending pleadings is **October 31, 2024**;
(2) the deadline for initiating discovery is **February 3, 2025**;
(3) the deadline for completing discovery is **March 5, 2025**;
(4) the deadline for filing dispositive motions is **May 1, 2025**.

The Court REMINDS the parties:

(1) under Federal Rule of Civil Procedure 16(b)(4), this scheduling order can be modified only for good cause;
(2) under Federal Rule of Civil Procedure 26(a)(1)(B)(iv), this case is exempt from exchanging initial disclosures;
(3) under Northern District of Indiana Local Rule 26-2(a)(2)(A), all discovery must be filed in this case; and
(4) under Northern District of Indiana Local Rule 56-1(a)(4), a party seeking summary judgment against an unrepresented party must serve that party with the notice contained in Appendix C.

SO ORDERED. Entered this 30th day of September 2024.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge

---

[1] The Plaintiff was granted until September 12, 2024, to file a status report (ECF 35), but did not.