USDC IN/ND case 3:23-cv-01017-HAB-SLC   document 43   filed 10/03/24   page 1 of 2

FILED
10/03/2024 forward from I[N]
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

To the Clerk of Court

Notice of Address Change and Inmate Number Change
I left Westville Correctional Facility on the Date of 6-13-2024 and I have been in transic I am now providing the Court My New Address it's on the envelope. "For" all of the Civil case's listed herein

1). And for each of these civil matter's I need a up to date Docket Sheet.

2). And if there has been any Dead line's set in any of these civil matter's will the Court please send me a copy of the Order's as well as a 30 day enlargement of time if there has been any Dead line's set.

3.) And the copy of any Court's Opion and Order's And if there is any Court sceduraling Order's in any of these Civil Matter's please send them to me.

1). Johnson V. Indiana State of et al. NO. 3:23-CV-1087-DRL-MGG
2). Johnson V. English, et al. NO. 3:23-01085-PPS-JEM
3). Johnson V. Director of Religious Serices, et al. NO. 3:23-CV-01078-DRL-MGG
4). Johnson V. Noland, et al. NO. 3:23-CV-01074-PPS-JEM
5). Johnson V. Centurion Health et al. NO. 3:23-CV-01017-JD-APR
6). Johnson V. Stone NO. 3:24-CV-00478-CCB-MGG

Respectfully,

Christopher M. Johnson #-07894-033

Date: 8-18-2024

Christopher Johnson #07894-033
F.C.I - Hazelton
P.O. Box 5000
Bruceton Mills, 26525



FILED
OCT - 3 2024
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

Clerk of Court
210 Federal Building
121 W. Spring St.
New Albany, IN 47150

Legal Mail