United States District Court
Northern District of Indiana

\* Johnson V. Wala
No. 3:23-cv-01017-HAB-SLC

Plaintiff(s) Motion Requesting Court Set A Settlement Conference Between Both Party's For the Sake Of Justice And Appoint Plaintiff Counsel For the Settlement Conference. Or Order the Defendant's To Offer A Friendly Settlement Offer For the Said Reason listed herein:

For the Sake of Justice, The Plaintiff Was Not Provided With No Treatment or Offered Treatment At All While Being Diagnosed With Mental Health Disorder's That Are Documented.

Respectfully,

Christopher M. Johnson, Pro Se Litigant
# 07894-033
Date: 10-31-2021

Chris Johnson #07894-033
F.C.I. - Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150
31 OCT 2024 PM 2 L

Office of the Clerk
204 S. Main ST
South Bend, IN 46601-2194

Legal Mail